UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARONZO MURPHY, | CASE NO. C19-1124RBL |
| Petitioner, | ORDER |
| v. | |
| JEFFREY A UTTECHT, | |
| Respondent. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation, recommending that the Court deny and dismiss Petitioner Murphy's § 2254 habeas petition without prejudice for failure to exhaust his state court remedies. [Dkt. # 9]. Murphy has not objected to the Report and Recommendation.

1. The Report and Recommendation is **ADOPTED;**
2. Murphy's § 2254 habeas petition is **DENIED** and **DISMISSED** without prejudice;
3. For the reasons articulated in the Report and Recommendation, the Court **WILL NOT** issue Murphy a Certificate of Appealability;

ORDER - 1

4. The Clerk shall send copies of this Order to the Murphy's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 10th day of February, 2020.

Ronald B. Leighton
United States District Judge